IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELIAS QUINTANA, d/b/a TRANSNATIONAL BUS & COACH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. CIV-12-198-JHP |
| EPISCOPAL SCHOOL OF ACADIANA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

Pursuant to this Court's Opinion and Order dismissing this case for lack of standing, the Court enters judgment for the Defendant and against the Plaintiff.

**IT IS SO ORDERED** this 18th day of December, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma